# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.: 1:23-cv-00258 |
| v. | |
| | **JOINT MOTION FOR ENTRY OF** |
| CITY OF CHATTANOOGA, TENNESSEE, | **PROPOSED CONSENT DECREE** |
| | **FOR INJUNCTION, CIVIL** |
| Defendant. | **PENALTY, AND OTHER RELIEF** |

Plaintiff, the United States of America, filed its Complaint against Defendant, City of Chattanooga, for alleged violations of the federal Fair Housing Act, Title VIII of the Civil Rights Act of 1968, as amended, 42 U.S.C. §§ 3601-3631, and Title II of the Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12131-12134, and Title II's implementing regulation, 28 C.F.R. Part 35. *See* Dkt. No. 1. The parties have resolved all issues in this matter through the attached proposed Consent Decree. In light of this agreed-upon resolution, the parties respectfully request that the Court render Judgment in this case by entering the proposed Consent Decree.

Dated: November 6, 2023

**FOR THE UNITED STATES:**

FRANCIS M. HAMILTON III
United States Attorney

By: */s/ Ben D. Cunningham*
Assistant United States Attorney
United States Attorney's Office
Eastern District of Tennessee
800 Market Street, Ste. 211
Knoxville, Tennessee 37902
Phone: (865) 225-1662
E-mail: Ben.Cunningham@usdoj.gov

**FOR THE CITY OF CHATTANOOGA:**

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

 */s/ Lori K. Wagner*
CARRIE PAGNUCCO
Chief
MICHAEL S. MAURER
Deputy Chief
LORI K. WAGNER, Trial Attorney
Housing and Civil Enforcement
Section Civil Rights Division
United States Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
Phone: (202) 305-3107
Fax:    (202) 514-1116
E-mail: Lori.Wagner@usdoj.gov


 */s/ Phillip A. Noblett*
PHILLIP A. NOBLETT
City Attorney
KATHRYN MCDONALD
Assistant City Attorney
City of Chattanooga
Office of the City Attorney
100 East 11th Street, Suite 200
Chattanooga, TN 37402
Phone: (423) 643-8250
Fax:   (423) 643-8255
E-mail: pnoblett@chattanooga.gov